IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

ALLETROY SMITH                                    §

v.                                                §        CIVIL ACTION NO. 6:15cv908

DIRECTOR, TDCJ-CID                                §

<u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION</u>
<u>OF THE UNITED STATES MAGISTRATE JUDGE</u>
<u>AND ENTERING FINAL JUDGMENT</u>

The Petitioner Alletroy Smith, proceeding *pro se*, filed this application for the writ of habeas

corpus under 28 U.S.C. §2254 complaining of the legality of prison disciplinary action taken against

him during his confinement in the Texas Department of Criminal Justice, Correctional Institutions

Division. This Court ordered that the matter be referred to the United States Magistrate Judge

pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules

for the Assignment of Duties to United States Magistrate Judges.

Smith was convicted of threatening to inflict harm on an officer and failing or refusing to

obey an order. As punishment, he received a reduction in classification status from State Approvde

Trusty IV to Line Class II, 45 days of cell and commissary restrictions, 45 days of telephone

restrictions, 15 days of solitary confinement, and the loss of 360 days of good time credits. Smith

acknowledges that he is not eligible for release on mandatory supervision.

After review of the pleadings, the Magistrate Judge issued a Report concluding that Smith

failed to show that the punishments imposed upon him as a result of the disciplinary case at issue

implicated any constitutionally protected liberty interests. *See Sandin v. Conner*, 515 U.S. 472, 483,

115 S.Ct. 2293, 2300, 132 L.Ed.2d 418 (1995); *Malchi v. Thaler*, 211 F.3d 953, 959 (5th Cir. 2000).

The Magistrate Judge therefore recommended that the petition be dismissed and that Smith be denied a certificate of appealability *sua sponte*.

Smith received a copy of the Magistrate Judge's Report but filed no objections thereto; accordingly, he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.") It is accordingly

**ORDERED** that the Report of the Magistrate Judge (docket no. 9) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-styled application for the writ of habeas corpus is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that the Petitioner Alletroy Smith is **DENIED** a certificate of appealability *sua sponte*. Finally, it is

**ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.

So **ORDERED** and **SIGNED** this **11** day of **October, 2016.**

_____
Ron Clark, United States District Judge